NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: ZETA TAU ALPHA SORORITY,**
*Appellant*

---

2023-1104

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 90090117.

---

**JUDGMENT**

---

JACK A. WHEAT, Mcbrayer PLLC, Louisville, KY, argued for appellant. Also represented by PETER J. ROSENE.

CHRISTINA J. HIEBER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal. Also represented by FARHEENA YASMEEN RASHEED, MARY BETH WALKER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CLEVENGER, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 8, 2024
Date

Jarrett B. Perlow
Clerk of Court